IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LEONIDES FIGUEROA, MARIO RAMOS ANTONIO REYES, JUAN SANCHEZ-RANGEL, ARTURO SANCHEZ-BOTELLO, PEDRO MACIAS, REFUGIO REYES, JOSE LUIS LOPEZ, ARNOLDO CHARLES, AUGUSTIN BRISENO, ROBERTO IRACHETA, ISRAEL MATA, DANIEL OTERO, APOLINAR SAUCEDA-RAMOS, CARMELO DOMINGUEZ, JOSE FRANCISCO ESCOBEDO, REYES RIOS, MANUEL MARTINEZ, EMITERIO ALVAREZ, ENRIQUE GONZALES, ANGEL ARMANDO BURGOS-MEJIA, FRANCISCO MORENO and MARTIN SORIA<br><br>Plaintiffs,<br><br>VS.<br><br>PIONEER HI-BRED INTERNATIONAL, INC., ABEL CUELLO, JR., E&B HARVESTING & TRUCKING, INC., YOLANDA R. CUELLO and 3-C's GROUP, INC.<br>Defendants | CIVIL ACTION NO. 1:12-CV-00148 |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is hereby given pursuant to Local Rule 16.3 that on March 13, 2015, the parties conducted the court-required mediation in this matter. **ANTONIO REYES, JUAN**

SANCHEZ-RANGEL, ARTURO SANCHEZ-BOTELLO, PEDRO MACIAS, REFUGIO REYES, JOSE LUIS LOPEZ, ARNOLDO CHARLES, AUGUSTIN BRISENO, ROBERTO IRACHETA, ISRAEL MATA, DANIEL OTERO, APOLINAR SAUCEDA-RAMOS, JOSE FRANCISCO ESCOBEDO, REYES RIOS, MANUEL MARTINEZ, EMITERIO ALVAREZ, ANGEL ARMANDO BURGOS-MEJIA, FRANCISCO MORENO and MARTIN SORIA, Plaintiffs, reached a settlement of their claims against PIONEER HI-BRED INTERNATIONAL, INC., and ABEL CUELLO, JR., YOLANDA CUELLO, E&B HARVESTEING AND TRUCKING, INC., AND 3C'S GROUP, INC. The parties, all of whom are adults, are in the process of completing the steps necessary to effect their formal settlement agreement by April 30, 2015, including the voluntary dismissal of their claims.

Three Plaintiffs, **CARMELO DOMINGUEZ, LEONIDES FIGUEROA**, and **MARIO RAMOS** were dismissed from the action by Court Orders of June 5, 2014, and January 7, 2015. *See Dkt. Nos. 34, 58.*

On November 20, 2014, the Court granted counsel's motion to withdraw from representing Plaintiff **ENRIQUE GONZALES**. *See Dkt. No. 48.* On January 9, 2015, Defendant, **PIONEER HI-BRED INTERNATIONAL, INC.** filed Defendant's Motion for Sanctions Against Plaintiff Enrique Gonzales for failure to make discovery. *See Dkt. No. 59.* The Court denied Defendant's Motion for Sanctions Against Plaintiff Enrique Gonzales by Order of February 18, 2015. *See Dkt. No. 63.* Thus, the claims of Enrique Gonzales, *pro se*, remain pending.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

By:  /s/ RICARDO MORADO
RICARDO MORADO
State Bar No. 14417250
Federal Bar No. 1213
*ATTORNEY-IN-CHARGE FOR DEFENDANT*
*PIONEER HI-BRED INTERNATIONAL, INC.*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing document has been sent to all counsel of record on this 27th day of March, 2015, by submission of this document to the U.S. District Court electronically to the DCECF system. Defendants Abel Cuello, Jr., Yolanda R. Cuello and E&B Harvesting & Trucking, Inc., and Plaintiff Enrique Gonzales have been served by via Certified Mail Return Receipt Requested.

Ms. Daniela Dwyer
TEXAS RIOGRANDE LEGAL AID, INC.
300 S. Texas Blvd.
Weslaco, Texas 78596

Mr. Abel Cuello, Jr.
Ms. Yolanda R. Cuello
E&B Harvesting & Trucking, Inc.
P.O. Box 42
Immokalee, Florida 34143

Mr. Enrique Gonzales
1024 E Street
Brownsville, Texas 78520

/s/ RICARDO MORADO
RICARDO MORADO