IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LEONIDES FIGUEROA et al., § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL NO. 1:12-CV-148 |
| § | |
| PIONEER HI-BRED INTERNATIONAL, § | |
| INC., et al., § | |
| § | |
| Defendants. § | |

# FINAL JUDGMENT

BE IT REMEMBERED that on July 9, 2015, the Court **ENTERED** final judgment in the above-captioned case pursuant to the Court's order dismissing without prejudice Plaintiff Enrique Gonzales for failure to prosecute and the remaining plaintiffs' claims with prejudice. The Court **ORDERS** the Clerk of Court to close this case.

SIGNED this 9th day of July, 2015.

_____
Hilda Tagle
Senior United States District Judge